Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*THE VONS COMPANIES, INC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE SCOLARO, an individual, | Case No. 2:17-cv-01979-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| THE VONS COMPANIES, INC.; DOES I through X,; and ROE CORPORATIONS XI through XX, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

**COME NOW**, Plaintiff FRANCINE SCOLARO, by and through her counsel Steven Mack, Esq. of Black & Lobello and Defendant, The Vons Companies, Inc., by and through its counsel Jack P. Burden, Esq. of Backus, Carranza & Burden, and hereby stipulate to the extension of all remaining discovery deadlines by sixty (60) days. Therefore, the parties propose the following revised discovery plan:

## DISCOVERY COMPLETED TO DATE

The parties have exchanged initial and disclosures of documents and the names of individuals with knowledge of the facts pertaining to the claims set forth in this matter. Defendant has propounded written discovery requests including interrogatories and requests for production. Defendant has taken Ms. Scolaro's deposition.

1

## DISCOVERY TO BE COMPLETED

Plaintiffs intend propound discovery to Defendant and intend to disclose liability and damages experts. Defendant intend to disclose liability and damages experts. Plaintiff seeks to perform a site inspection of the subject store. Defendant further seeks to depose Plaintiff's medical providers and experts thereafter. Plaintiff intends to depose the Defendant's "PMK" as well as the only known percipient witness. Defendant intends to have Plaintiff undergo a Independent Medical Examination. Plaintiff intends to take the deposition of Defendants' experts.

## REASONS FOR EXTENSION TO COMPETE DISCOVERY

Despite the good faith efforts of the parties to comply with the Court's discovery deadlines, both parties have scheduling conflicts and need additional time for additional medical records, Independent Medical Examination, and expert designations. This request is made in good faith, not for the purpose of delay.

## PROPOSED NEW DISCOVERY DEADLINES

**Expert Disclosure Deadline:**
    Currently: 2/23/18
    **Proposed: 5/25/18**

**Interim Status Report:**
    Currently: 1/26/18
    **Proposed: 5/25/18**

**Rebuttal Expert Disclosure Deadline:**
    Currently: 3/23/18
    **Proposed: 6/25/18**

**Discovery Deadline:**
    Currently: 5/25/18
    **Proposed: 7/24/18**

**Deadline to File Dispositive Motions:**

    Currently:    6/22/18

    **Proposed:**  ~~9/24/18~~  8-24-2018

**Pre-Trial Order Deadline:**

    Currently:    7/23/18

    **Proposed:**  ~~10/23/18~~  9-24-2018

DATED: this __23rd__ day of January, 2018      DATED: this __23rd__ day of January, 2018

**BLACK & LOBELLO**      **BACKUS, CARRANZA & BURDEN**

By: ___/s/ Steven Mack___      By: ___/s/ Jack P. Burden___

Steven Mack, Esq.      Jack P. Burden, Esq.
10777 West Twain Avenue #300      3050 South Durango Drive
Las Vegas, NV 89135      Las Vegas, NV 89117
T: 702.869.8801      Tel: 702/872-5555
F: 702.869.2669      Fax: 702/872-5545
Email: smack@blacklobello.law      jburden@backuslaw.com
*Attorneys for Plaintiff*      *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED: this __24th__ day of __January__, 2018

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 23RD day of __January__, 2018.

    Respectfully Submitted,
    **BACKUS, CARRANZA & BURDEN**

    By: ___/s/ Jack P. Burden___
    Jack P. Burden, Esq.
    3050 South Durango Drive
    Las Vegas, NV 89117
    Attorney for Defendant, *The Vons Companies, Inc*