# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| FRANCINE SCOLARO, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-CV-01979-JAD-VCF |
| THE VONS COMPANIES, INC., | **ORDER** |
| Defendant. | |

Before the court is the Defendant the Vons Companies, Inc.'s Motion to Preclude Plaintiff's Treating Medical Providers from Offering Expert Testimony (ECF No. 31).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant the Vons Companies, Inc.'s Motion to Preclude Plaintiff's Treating Medical Providers from Offering Expert Testimony (ECF No. 31) is scheduled for 2:30 PM, April 24, 2019, in Courtroom 3D.

DATED this 3rd day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE