**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FRANCINE SCOLARO,<br><br>        Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC.,<br><br>        Defendant. | 2:17-CV-01979-JAD-VCF<br><br>**ORDER** |

      Before the court is the Defendant the Vons Companies, Inc.'s Motion for Rule 37 Sanctions (ECF No. 39).

      Accordingly,

      IT IS HEREBY ORDERED that any opposition to Defendant the Vons Companies, Inc.'s Motion for Rule 37 Sanctions (ECF No. 39) must be filed on or before April 19, 2019. No reply necessary.

      IT IS FURTHER ORDERED that a hearing on Defendant the Vons Companies, Inc.'s Motion for Rule 37 Sanctions (ECF No. 39) is scheduled for 2:30 PM, April 24, 2019, in Courtroom 3D.

      DATED this 12th day of April, 2019.

                                                              _____
                                                             CAM FERENBACH<br>
                                                             UNITED STATES MAGISTRATE JUDGE