1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
3  Las Vegas, NV 89117
   Tel: (702) 872-5555
4  Fax: (702) 872-5545
   jburden@backuslaw.com
5  shirleyjin@backuslaw.com
   Attorneys for Defendant
6  *The Vons Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCINE SCOLARO, | **Case No. 2:17-cv-01979-JAD-VCF** |
| Plaintiff, | |
| vs. | |
| THE VONS COMPANIES, INC., | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE *DAUBERT* HEARING**
**(SECOND REQUEST)**

Defendant The Vons Companies, Inc. ("Defendant"), by and through its counsel of record, the law firm of BACKUS, CARRANZA & BURDEN, and Plaintiff Francine Scolaro ("Plaintiff"), by and through her counsel of record, the law firm of BLACK & LOBELLO, hereby state, stipulate and agree as follows:

1. On December 27, 2019, the Court issued an Order Overruling Plaintiff's Objection, Denying Defendant's Motion for Partial Summary Judgment, and Deferring Ruling on Motion in Limine (ECF No. 56) in which the Court ordered, among other things, that a *Daubert* hearing is set for January 17, 2020, at 9 a.m. to determine the admissibility and reliability of Plaintiff's expert, Kimberly Ann Phillips' causation opinion.

2. On January 2, 2020, Plaintiff filed a Motion for Continuance of *Daubert* Hearing (First Request) (ECF No. 57) requesting that the *Daubert* hearing be continued as Ms.

1

1. Phillips was unavailable on January 17, 2020 due to previously arranged travel plans.
2. On January 8, 2020, Defendant filed a Notice of Non-Opposition to Plaintiff's Motion for Continuance of *Daubert* Hearing (First Request) (ECF No. 58) stating that Defendant has no opposition to Plaintiff's request to continue the *Daubert* hearing and provided the Court with defense counsel's unavailable dates. However, defense counsel inadvertently omitted February 7, 2020 as an unavailable date and he is going to be out of town on that date.
3. On January 9, 2020, the Court issued a Minute Order continuing the *Daubert* hearing to February 7, 2020 at 9:30 a.m.
4. As defense counsel is unavailable on February 7, 2020, the parties respectfully request that the Court continue the *Daubert* hearing to a date and time after February 7, 2020. Both counsel and Ms. Phillips are available on February 10, 13, and 14.
5. The parties agree and stipulate to the foregoing in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 28th day of January, 2020.   DATED this 28th day of January, 2020.

**BACKUS, CARRANZA & BURDEN**        **BLACK & LOBELLO**

/s/ Jack P. Burden                                       /s/ Steve Mack
Jack P. Burden, Esq.                                 Steve Mack, Esq.
Nevada State Bar No. 6918                      Nevada State Bar No. 4000
Xiao Wen Jin, Esq.                                   10777 W. Twain Ave., Suite 300
Nevada State Bar No. 13901                    Las Vegas, NV 89135
3050 South Durango Drive                       Attorneys for Plaintiff
Las Vegas, NV 89117
Attorneys for Defendant

## **ORDER**

Upon review of the Stipulation by the parties, and good cause appearing therefore, the Court hereby orders as follows:

IT IS HERBY ORDERED that the *Daubert* hearing currently set for February 7, 2020 is VACATED and CONTINUED to February 13, 2020, at 9:30 a.m.

DATED this 31st day of January, 2020.

_____
**DISTRICT COURT JUDGE**