Steven Mack, Esq.
Nevada Bar No. 4000
Rusty Graf, Esq.
Nevada Bar No. 6322
**BLACK & LOBELLO**
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Phone: (702) 869-8801
Fax: (702) 869-2669
E-mail: smack@blacklobello.law
E-mail: rgraf@blacklobello.law
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE SCOLARO,<br><br>    Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC.,<br><br>    Defendant. | Case No. 2:17-cv-01979-JAD-VCF |

## STIPULATION AND ORDER FOR NOTICE OF CHANGE OF ATTORNEY LAW FIRM FOR STEVEN MACK, ESQ. AND NOTICE OF APPEARANCE OF RUSTY GRAF, ESQ. AS COUNSEL OF RECORD FOR PLAINTIFF

Plaintiff Francine Scolaro ("Plaintiff"), by and through her counsel of record, the law firm of BLACK & LOBELLO, and Defendant The Vons Companies, Inc. ("Defendant"), by and through its counsel of record, the law firm of BACKUS, CARRANZA & BURDEN, hereby state, stipulate and agree as follows:

1. That effective March 16, 2020, Rusty Graf, Esq. of the law firm BLACK & LOBELLO, who has already entered an appearance on behalf of the Plaintiff, shall now ~~by~~ be counsel of record for Plaintiff, Francine Scolaro. All pleadings, correspondence and notices should be sent to him at this firm effective immediately. His email is rgraf@blacklobello.law.

2. Steven Mack, Esq., is no longer associated with the law firm of BLACK & LOBELLO,

1

However, he will remain associated with the case, and requests that all correspondence and pleadings for Plaintiff, Francine Scolaro in this matter be copied to him at his new firm:

**GIBBS GIDEN**
**1140 N. Town Center Drive, Suite 300**
**Las Vegas, NV 89144**
**(702)836-9800**
**Fax (702)836-9802**

And that his email is, effective March 16, 2020:

**smack@gibbsgiden.com**

3. That the addition and substitution as stated herein will not cause delay or change the course of the litigation.

4. The parties agree and stipulate to the foregoing in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 2nd day of March 2020.           DATED this 2nd day of March 2020.

**BACKUS, CARRANZA & BURDEN**                **BLACK & LOBELLO**

 /s/ Jack P. Burden                          /s/ Steven Mack
Jack P. Burden, Esq.                         Steven Mack, Esq.
Nevada State Bar No. 6918                    Nevada State Bar No. 4000
Xiao Wen Jin, Esq.                           Rusty Graf, Esq.
Nevada State Bar No. 13901                   Nevada Bar No. 6322
3050 South Durango Drive                     10777 W. Twain Ave., Suite 300
Las Vegas, NV 89117                          Las Vegas, NV 89135
Attorneys for Defendant                      Attorneys for Plaintiff

/ / /

/ / /

/ / /

**ORDER**

Upon review of the Stipulation by the parties, and good cause appearing therefore, the Court hereby orders as follows:

IT IS SO ORDERED this **3rd** day of **March**, 2020.

_____
~~DISTRICT COURT JUDGE~~
Cam Ferenbach
United States Magistrate Judge

Respectfully submitted by:

**BLACK & LOBELLO**

　/s/ Steven Mack　
Steven Mack, Esq.
Nevada Bar No. 4000
Rusty Graf, Esq.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Attorneys for Plaintiff