Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*THE VONS COMPANIES, INC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANCINE SCOLARO, an individual, | ) | **Case No.** 2:17-cv-01979-JAD-VCF |
| Plaintiff, | ) | **Dept.** |
| vs. | ) | |
| THE VONS COMPANIES, INC.; DOES I through X,; and ROE CORPORATIONS XI through XX, inclusive, | ) | ECF No. 75 |
| Defendants. | ) | |

### STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Plaintiff FRANCINE SCOLARO, by and through her counsel Randy Graf, Esq. of Black & Wadhams and Defendant THE VON'S COMPANIES, INC., by and through its counsel Jack P. Burden, Esq. of BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

1

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED:     February 19, 2021.

**BACKUS, CARRANZA & BURDEN**

    /s/ Jack P. Burden
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
*Attorneys for Defendant*
*The Von's Companies, Inc.*

DATED:     February 19, 2021.

**BLACK & WADHAMS**

    /s/ Rusty Graf
Rusty Graf, Esq.
10777 West Twain Avenue #300
Las Vegas, NV 89135
T: 702.869.8801
F: 702.869.2669
rgraf@blackwadhams.law
*Attorneys for Plaintiff*
*Francine Scolaro*

## ORDER

Based on the parties' stipulation **[ECF No. 75]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 23, 2021